UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

INDERJEET SINGH,

                                                                                                            <u>DECISION AND ORDER</u>

                         Petitioner,

                                                                                                            19-CV-6799L

              v.

ATTORNEY GENERAL WILLIAM P. BARR, et al.,

                         Respondents.
_____

        Petitioner Inderjeet Singh filed a petition in October 2019, challenging his continued administrative detention in the custody of the Department of Homeland Security. Respondents answered the petition but now move to dismiss the petition (Dkt. #8) on the grounds that it is now moot since petitioner is no longer held in the custody of the Department of Homeland Security. It appears that petitioner was released from custody after a $25,000 immigration bond was posted on his behalf.

## CONCLUSION

        The habeas corpus petition is dismissed for lack of jurisdiction under Fed. R. Civ. P. 12(b)(1). The Clerk of the Court is directed to close the case.

        IT IS SO ORDERED.

                                                            _____
                                                                         DAVID G. LARIMER
                                                                   United States District Judge

Dated:  Rochester, New York
          October 13, 2021.